UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON
EUGENE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-62486-pcm11 |
| Anna A Kraskoff, | ) | |
| Debtor. | ) | CHAPTER 11 |

NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee, Jonas V. Anderson, has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

KENNETH S. EILER
515 NW SALTZMAN RD., PMB 810
PORTLAND, OR 97201
PH. 503-292-6020
EMAIL: kenneth.eiler7@gmail.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: 9/15/26

JONAS V. ANDERSON
Acting United States Trustee
Region 18, Judicial District
Of Oregon

By: ***/s/ Jonas V Anderson***
Jonas V Anderson VA #78240
Acting United States Trustee, Region 18

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ANNA A. KRASKOFF<br><br>Debtor | Case No.: 26-62486-pcm11<br><br>**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE** |

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I anticipate seeking compensation for my service in this case at a minimum hourly rate of $500.00. However, hourly rates will increase based upon the complexity of the case and the length of administration by the Trustee. In addition, I will seek reimbursement for any actual and necessary expenses that I incur. All compensation and expenses sought by me will be subject to court approval pursuant to 11 U.S.C. § 330. The Trustee may also request that the debtor pay a sum into trust, prior to Plan confirmation, to be held by debtor's counsel, for the payment of administrative expenses incurred prior to Plan confirmation.

I hereby accept my appointment as Subchapter V trustee in this case pursuant to FRBP 2008.

Dated: 9-15-26

/s/ Kenneth S. Eiler
Kenneth S. Eiler